## CARTER BROS. v. YOUNGER BROS.

(No. 906.)

ATTACHMENT.— Affidavit for two distinct causes in one, fatal.

APPEAL from Montague county. Opinion by DELANEY, J.

STATEMENT.— This suit was upon a mercantile account. Plaintiffs, Carter Bros., by their agent made affidavit reciting that the defendants "have disposed of their property, in whole or in part, with the intent to defraud their creditors, and that they are about to convert their property into money for the purpose of placing it beyond the reach of their creditors." They gave bond, and attachment issued and was levied on property of defendants. At the return term, on motion, the court quashed the attachment and rendered judgment against defendants *in personam.* Plaintiffs appeal, assigning this ruling as error.

OPINION.— Plaintiffs set forth in their affidavit two causes for attachment, which are not only distinct, but inconsistent; both cannot be true.

If the defendants had disposed of their property it was beyond their reach; hence they could not convert it into money in order to defraud their creditors. This affidavit is similar to the one in Dunnenbaum *v.* Schram, 59 Tex., 281.

JUDGMENT AFFIRMED.